JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GILLASPY, | Case No.: CV 12-8812 DSF (PJWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed on a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/15/13

_____
Dale S. Fischer
United States District Judge